No. 195. ATCHISON, TOPEKA & SANTA FE RY. CO. v. MORAN, ADMINISTRATRIX. October 10, 1932. Petition for

writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Cyrus Crane, Geo. J. Mersereau, S. J. Jones,* and *E. E. McInnis* for petitioner. *Mr. John T. Barker* for respondent.